# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**PEDRO GAYTAN,**
**Petitioner,**

vs.                                                                                                  Case Number:   **08-2113**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition pursuant to 28 U.S.C. §2255 is dismissed.

ENTER this 22nd day of July 2008.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK